IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CASSANDRA J. JAMES, et al.,

    Plaintiffs,

vs.                                Civil Action 2:10-CV-296
                                  Judge Marbley
                                  Magistrate Judge King

SHIRLEY G. KIMBER,

    Defendant.

## ORDER

Plaintiffs, who are represented by counsel, failed to appear for a scheduled status conference on September 15, 2010. *Order*, Doc. No. 15. The Court ordered plaintiffs to show cause, no later than September 27, 2010, why the case should not be dismissed for failure to prosecute. *Id*. They were expressly warned that their failure to do so would result in the dismissal of the action. *Id*. Plaintiff have nevertheless failed to respond to that *Order*.

This action is therefore **DISMISSED** for failure to prosecute.

                                                    Algenon L. Marbley
                                                United States District Judge