**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

**CASSANDRA J. JAMES, *et al.*,**

    **Plaintiffs,**

    **vs.**　　　　　　　　　　　　　　　　　**Civil Action 2:10-CV-296**
  　　　　　　　　　　　　　　　　　　　　　　　　**Judge Marbley**
  　　　　　　　　　　　　　　　　　　　　　　　　**Magistrate Judge King**

**SHIRLEY G. KIMBER,**

    **Defendant.**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED That pursuant to the September 29, 2010 Order, this case is **DISMISSED** for failure to prosecute.

Date: **September 29, 2010**　　　　　　　**James Bonini, Clerk**

                                        s/Betty L. Clark
                                        Betty L. Clark/Deputy Clerk